924

manded for further consideration in light of *Cass County* v. *Leech Lake Band of Chippewa Indians, ante,* p. 103.

No. 97–296. MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY v. BESTFOODS ET AL.; and

No. 97–464. BESTFOODS v. AEROJET-GENERAL CORP. ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *United States* v. *Bestfoods, ante,* p. 51. Reported below: 113 F. 3d 572.

No. 97–1163. DONAHEY ET UX. v. LIVINGSTONE ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Bestfoods, ante,* p. 51.

No. 97–1209. LOCKHEED AERONAUTICAL SYSTEMS CO. v. GRAY ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dooley* v. *Korean Air Lines Co., ante,* p. 116.

No. 97–7931. COLEMAN v. MINNESOTA. Ct. App. Minn. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kansas* v. *Hendricks,* 521 U. S. 346 (1997).

No. A–901 (97–1900). BUZZETTI, DBA COZY CABIN, ET AL. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1963. IN RE DISBARMENT OF MARSHALL. James Warner Marshall, of Orange, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1964. IN RE DISBARMENT OF GREEN. James Ryan Green, of Fontana, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.